In the Matter of the Application of the LONG BEACH WATER COMPANY and Others, Respondents, to Compel the ESTATES OF LONG BEACH, Appellant, to Proceed with an Arbitration.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

In the Matter of the Petition of JENNIE E. MORRISON, Appellant, to Prove the Last Will and Testament of EMMA L. JONES DARROW, Late of the County of Kings, Deceased. WOMEN'S CHRISTIAN ASSOCIATION OF OMAHA, NEBRASKA, and Others, Respondents.— Matter referred to Hon. Herbert T. Ketcham, as official referee, to take further evidence of the handwriting of the testatrix, and such other evidence as may be offered of such circumstances as would tend to prove the will upon the trial of an action, and to report to this court; and that the decision of this court be reserved pending the report of the referee. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

BLANCHE G. JOSIAS, Appellant, v. DAVID ROSENBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements, on authority of *Tobias* v. *Lynch* (192 App. Div. 54) and *Spielvogel* v. *Veit* (197 id. 804). Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

SAMUEL E. KELLY, Appellant, v. ALEXANDER F. VOIGT, Respondent.— Judgment and order reversed and new trial granted, with costs to abide the event, upon the ground that it was error prejudicial to the plaintiff for the trial justice to refuse the plaintiff's request to charge at folio 263. (See Laws of 1917, chap. 382.)* Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

AGNES MEVIUS, Respondent, v. TIFFIN PRODUCTS, INC., Appellant. (Appeal No. 1.) — This judgment having been set aside on the appeal from the order denying a motion for a new trial on the ground of newly-discovered evidence (*Mevius* v. *Tiffin Products, Inc., No. 2*, 198 App. Div. 812), the appeal becomes academic, and no decision is now rendered. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

JULIUS MOSKIN, Respondent, v. FREDERICK F. LYDEN and Others, Defendants, Impleaded with WILLIAM A. PAINE and Others, Composing the Firm of PAINE, WEBBER & Co., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

* Amdg. Greater New York Charter (Laws of 1901, chap. 466), § 1556. — [REP.